# United States Court of Appeals
## For the First Circuit

No. 19-1879

JANE DOE,

Plaintiff, Appellant,

v.

HARVARD PILGRIM HEALTH CARE, INC.; THE HARVARD PILGRIM PPO PLAN
MASSACHUSETTS, GROUP POLICY NUMBER 0588660000,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on September 9, 2020, is
amended as follows:

On page 2, line 16, change "judgement" to "judgment"